UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/22/2022

| | |
|---|---|
| DAVID DOTZENROTH, et al.,<br><br>　　　　　　　　　　Movants,<br><br>-against-<br><br>FORTRESS INVESTMENT GROUP, LLC,<br><br>　　　　　　　　　　Respondent. | 21-mc-832 (ALC)<br><br>**ORDER TRANSFERRING TO THE ISSUING COURT MOVANTS' MOTION TO COMPEL NON-PARTY FORTRESS INVESTMENT GROUP, LLC**<br><br>Underlying Litigation:<br>*Wagner Aeronautical, Inc. v. Dotzenroth*, No. 3:21-Cv-00994-L-AGS (S.D. Cal.)<br><br>District Judge: M. James Lorenz<br><br>Magistrate Judge: Andrew G. Schopler |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court has considered Movants' Motion to Transfer Enforcement of Enforcement of Two Subpoenas and Respondent's Reply in Support of Motion to Transfer. Given the parties consent under Fed. R. Civ. P. 45(f),

**IT IS HEREBY ORDERED THAT:**

Movants' unopposed request for transfer is **GRANTED**. Movants' Motion to Compel Non-Party Fortress Investment Group, LLC is hereby transferred to the issuing court, the Southern District of California, which presides over the Underlying Litigation.

**SO ORDERED.**
Dated:　　February 22, 2022
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**